# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERVIN LAMONT BAILEY,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK,<br><br>    Respondent. | Case No. CV 10-0987 RGK (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: JUL - 9 2010 , 2010.

                                             _____
                                             R. GARY KLAUSNER
                                             UNITED STATES DISTRICT JUDGE