1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11   KERVIN LAMONT BAILEY,              ) Case No. CV 10-0987 RGK (JCG)
                                        )
12              Petitioner,             )
                                        )
13        v.                            ) **JUDGMENT**
                                        )
14   KEN CLARK,                         )
                                        )
15              Respondent.             )
                                        )
16   _____       )
17
18
19          IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
20   **PREJUDICE**.
21
22   DATED: February 4, 2011.
23                                      _____
24                                          HON. R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE
25
26
27
28